806

## Commonwealth v. Gockley, Appellant.

Submitted December 8, 1969. *Edwin W. Gockley*, appellant, in propria persona; *Robert L. Van Hoove*, District Attorney, for Commonwealth, appellee.

Orders affirmed.

## Commonwealth v. Goen, Appellant.

Submitted December 8, 1969. *Robert W. Geigley*, for appellant; *Oscar F. Spicer*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Granger, Appellant.

Submitted December 8, 1969. *Eric D. Gerst*, for appellant; *Leonard S. Goodman* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.